UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH ANTHONY FAVORS, | Case No. 25-CV-2108 (PJS/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| FIRST PREMIER BANK, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation dated May 28, 2025 (Dkt. No. 6). **IT IS HEREBY ORDERED THAT**:

1. Plaintiff Joseph Anthony Favors's Complaint (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE**—the federal law causes of action for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and the state law causes of action for lack of jurisdiction pursuant to Fed. R. Civ. P. 12(h); and

2. Plaintiff's IFP Application (Dkt. No. 2) is **DENIED AS MOOT.**

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: June 27, 2025

/s/ Patrick J. Schiltz
PATRICK J. SCHILTZ
Chief Judge, United States District Court